UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DON MOOKDASNIT #26991-078                    CASE NO.  26-cv-810 SEC P

-vs-                                                          JUDGE DRELL

WARDEN POLLOCK MEDIUM            MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 3), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 4), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DENIED and the Petition is DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this ___ day of May 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT